FILED

UNITED STATES DISTRICT COURT 2018 MAY 23 PM 3: 38
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.   CASE NO. 3:18-cr-89-J-34 JRK

KATRINA BROWN
REGINALD BROWN

## MOTION TO SEAL INDICTMENT
## AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s). Disclosure of the existence of these documents prior to the arrest or self-surrender of a defendant could hinder or impede orderly arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this case except when necessary to provide certified copies of the Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody, self-surrenders, or otherwise upon further order of this Court.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ A. Tysen Duva

A. Tysen Duva
Assistant United States Attorney
Florida Bar No. 603511
Michael J. Coolican
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Tysen.Duva@usdoj.gov
Michael.Coolican@usdoj.gov