UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18-cr-89-J-34 JRK

KATRINA BROWN

## MOTION FOR CAPIAS

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for KATRINA BROWN, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ A. Tysen Duva

A. Tysen Duva
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: tysen.duva@usdoj.gov