UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 3:18-cr-89-J-34JRK

KATRINA BROWN
REGINALD BROWN

## MOTION TO UNSEAL INDICTMENT AND RELATED DOCUMENTS

The United States of America, via the undersigned counsel, moves this Honorable Court to unseal the Indictment and related documents filed in the instant case.

The United States initially requested the sealing of the Indictment and related documents on May 23, 2018. The necessity for the sealing of the Indictment and related documents no longer exists.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

*/s/ A. Tysen Duva*
A. Tysen Duva
Assistant United States Attorney
Florida Bar No. 0603511
Michael J. Coolican
Assistant United States Attorney
USA No. 156
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
Tysen.Duva@usdoj.gov
Michael.Coolican@usdoj.gov

Dated: May 31, 2018