UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18-cr-89-J-34JRK

KATRINA BROWN
REGINALD BROWN

## ORDER

The matter before the Court is the government's *In Camera* motion to unseal the Indictment and related documents in the instant case.

It is hereby ORDERED that the Indictment and related documents filed in the instant case be UNSEALED.

DONE AND ORDERED at Jacksonville, Florida, this 31st day of May, 2018.

JAMES R. KLINDT
United States Magistrate Judge