AO 442 (Rev. 5/21/18) Arrest

RECEIVED U.S. MARSH UNITED STATES DISTRICT COURT
M/FL JACKSONVILLE
for the
2018 MAY 23 PM 4: 13
Middle District of Florida

FILED
2018 JUN -1 PM 2: 49

United States of America
v.

Case No. 3:18-cr- 89-J-34 JRK

KATRINA BROWN
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*, KATRINA BROWN

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit mail and wire fraud, aiding and abetting mail fraud, aiding and abetting wire fraud, aiding and abetting section 1957 money laundering, attempted bank fraud, and making false statements to a financial institution, in violation of 18 U.S.C. §§ 1349, 1341, 1343, 1957, 1344, 1014, & 2.

Date: May 23, 2018

*Issuing officer's signature*

City and state: at Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 052318, and the person was arrested on *(date)* 053118

at *(city and state)* Jacksonville, FL.

Date: 053118

*Arresting officer's signature*

Vanessa K. Stelly, Special Agent FBI
*Printed name and title*