**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                Case No.  3:18-cr-89-J-34JRK

KATRINA BROWN
REGINALD BROWN

_____

**STANDING ORDER REGARDING USE OF ELECTRONICS
IN THE COURTHOUSE BY MEMBERS OF THE PRESS**

Because of prior requests by members of the press to bring laptop computers and tablets into the United States Courthouse for hearings in connection with the above-captioned case, and pursuant to Rules 4.11(b) and 1.01(c), Local Rules, Middle District of Florida, it is hereby

**ORDERED:**

The Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No. 3:13-mc-38, is waived and modified for the <u>limited</u> purpose of allowing any member of the press attending <u>any</u> pretrial hearings in this case before the undersigned or the Honorable James R. Klindt, to enter the courthouse with a laptop computer or tablet (but not cell phones).  <u>Any member of the press entering the Courthouse with a laptop or tablet must present Court Security Officers with media credentials and a copy of this Order</u>.  Live transmission of any kind from the courtroom while court is in session is strictly prohibited.  This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via any social media.  In addition, no audio or video recording is allowed in the Courthouse at any time.

**This Order will remain in effect until the trial begins, at which point the Court will issue a separate Order governing the use of electronics in the courtroom during trial.**[1]

**DONE AND ORDERED** at Jacksonville, Florida on June 13, 2018.

MARCIA MORALES HOWARD
United States District Judge

Copies to:

Hon. James R. Klindt
United States Magistrate Judge

Counsel of Record
U.S. Marshals Service
Court Security Officers
Clerk's Office Division Manager

---

[1] This Order is subject to revocation at any time if the Court determines that any member of the media is abusing this permission or if the use of electronics in the courtroom adversely affects the fairness and dignity of the proceedings.