UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:18-cr-89-J-34JRK

KATRINA BROWN
and
REGINALD BROWN,
    Defendants
_____/

**UNOPPOSED JOINT MOTION TO EXTEND
DEADLINE TO FILE DISPOSITIVE MOTIONS**

    The Defendants, Katrina Brown and Reginald Brown, by and through their undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161, respectfully move this Honorable Court to extend the deadline to file dispositive motions in this matter. As grounds for this motion, Defendants state as follows:

    1.    Both Katrina Brown and Reginald Brown are charged with others, known and unknown, with conspiring to commit mail and wire fraud in violation of 18 U.S.C. §1349. The government alleges dozens of separate and distinct overt acts were committed in furtherance of the conspiracy over the relevant time period. (Doc.1). Both Katrina Brown and Reginald Brown are named in 13 individual mail fraud counts in violation of 18 U.S.C. §1341 and 2. Katrina Brown and Reginald Brown are charged in 13 counts of wire fraud in violation of 18 U.S.C. §1343 and 2. Counts 28 through 33 charge money laundering offenses in violation of 18 U.S.C. §1957 and 2. Katrina Brown is charged individually with attempted bank fraud in Counts 34 and 35. Ms. Brown is also charged individually with making false statements to a federally insured institution in Counts 36 and 37. Reginald Brown is charged with a failure to file a 1040 tax

return in Count 38, in violation of 26 U.S.C. § 7203.

2.      Both Defendants entered pleas of not guilty at arraignment on June 25, 2018. (Doc. 40). Trial is currently scheduled for the September term with a special status on August 20, 2018, at 2:00 p.m. (Doc. 45).

3.      Both parties agreed to participate in discovery, pursuant to the new standing order pertaining to discovery, which sets July 31, 2018, as the deadline for discovery and dispositive motions. *Id.* The initial round of discovery was provided on July 2, 2018. An external hard drive was required to transfer in excess of 1 terabyte of data, which translates to approximately 25,000 documents. On or around July 25, 2018, the United States supplemented its initial discovery disclosure.

4.      The undersigned requires additional time to review discovery, consult with their respective clients, and prepare and file potential discovery and dispositive motions.

5.      Both Defendants respectfully move for an extension of the deadline to file discovery and dispositive motions. Assistant United States Attorney A. Tysen Duva does not oppose this motion. The parties respectfully request this Honorable Court set a deadline for said motions at the status conference on August 20, 2018.

## **MEMORANDUM OF LAW**

18 U.S.C. § 3161 permits this Court to continue a trial beyond the speedy trial period if the "ends of justice served by taking such action outweigh the best interest of the public … in a speedy trial."

Ms. Brown and Mr. Brown submit an extension serves the ends of justice.

**WHEREFORE**, the Defendants, Katrina Brown and Reginald Brown respectfully request this Honorable Court grant this motion.

Respectfully submitted,

| | |
|---|---|
| *S:// Thomas M. Bell* | *S://Darcy D. Galnor* |
| Thomas M. Bell, #0615692 | Darcy D. Galnor |
| Bar No.: 0908681 | Bar No.: 0908681 |
| Thomas M. Bell, P.A. | Galnor Shumard, P.A. |
| 301 West Bay Street | 50 North Laura Street |
| Suite 1460 | Suite 2500 |
| Jacksonville, Florida 32202 | Jacksonville, FL 32202-3646 |
| Telephone (904) 354-0062 | Telephone: 904-516-5507 |
| Telecopier (904) 353-1315 | darcy@boyleandgalnor.com |
| tbellesq@bellsouth.net | Attorney for Katrina Brown |
| Attorney for Reginald Brown | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2018, I electronically filed the foregoing with the clerk of the Court by using CM/ECF system which will send a notice of electronic filing to Assistant United States Attorneys A. Tysen Duva and Michael Coolican.

| | |
|---|---|
| *S:// Thomas M. Bell* | *S:// Darcy D. Galnor* |
| THOMAS M. BELL | DARCY D. GALNOR |