# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO: 3:18-cr-00089-MMH-JRK

**KATRINA BROWN,**
    **Defendant**
_____/

## MOTION FOR NOTICE OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b)

The Defendant, Katrina Brown, by and through the undersigned attorney, and pursuant to Federal Rule of Evidence 404(b), moves this Honorable Court for an order directing the government to provide reasonable notice in advance of trial of the general nature of any evidence under Rule 404(b) of the Federal Rules of Evidence of other crimes, wrongs or acts which it deems admissible for purposes of proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident.

Ms. Brown seeks sixty (60) days notice prior to trial. Notice is requested so the parties have the necessary time to file motions in limine regarding any evidentiary issues if the prosecution introduces Rule 404(b) evidence. And, notice is requested so the Court has necessary time to consider the briefing and rule on disputed issues, after scheduling hearings under the Federal Rules of Evidence 103, 104 and 404(b).

1

**MEMORANDUM OF LAW**

Federal Rule of Evidence 404(b) provides that "on request by a defendant in a criminal case, the prosecutor must: (A) provide reasonable notice of the general nature of any such evidence that the prosecutor intends to offer at trial; and (B) do so before trial – or during trial if the court, for good cause, excuses lack of pretrial notice." Fed. R. Evid. 404(b). The 1991 Amendments to Federal Rule of Evidence 404(b) require the prosecution to provide notice, regardless of how it intends to use the extrinsic act evidence at trial, i.e., "during its case-in-chief, for impeachment, or for rebuttal." Advisory Committee Note to 1991 Amendment to Fed. R. Evid. 404.

What is "reasonable notice in advance of trial" depends upon the individual case. The indictment in this case (Doc. 1) by its terms makes the case that "reasonable notice" is at least sixty (60) days prior to trial. The 60-page indictment includes 38 counts – 27 of which charge crimes that allegedly occurred from late 2013 to in or about early 2015. Therefore, the alleged conspiracy covers more than a year. Sixty (60) days notice should permit sufficient notice for the undersigned counsel to file motions in limine regarding the use of other act evidence. *See United States v. Heatley*, 994 F.Supp. 483, 491 (S.D.N.Y. 1998) (government's offer to make disclosures within ten days of trial deemed inadequate notice; rather, court required government to make those disclosures, "with a full and particularized explanation of the grounds for admissibility of such evidence," within three weeks of trial). Sixty (60) days notice provides time for briefing and litigation on any related evidentiary matters.

**WHEREFORE,** Katrina Brown requests this Honorable Court order the government provide notice of Federal Rule of Evidence 404(b) sixty (60) days prior to trial to permit the timely filing and consideration of motions in limine to exclude such evidence.

DATED: October 19, 2018.

                                                      Respectfully submitted,

                                                     **GALNOR SHUMARD, P.A.**

                                                     */s/ Darcy Galnor*
                                                     Darcy Galnor
                                                     Florida Bar Number: 0908681
                                                     Galnor Shumard, P.A.
                                                     121 West Forsyth Street
                                                     Suite 610
                                                     Jacksonville, Florida 32202
                                                     Telephone: (904)337-0900
                                                     darcy@galnorshumard.com

## **CERTIFICATE OF SERVICE**

I Hereby Certify that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney, Tysen Duva, on this 19th day of October 2018.

*/s/ Darcy Galnor*
Darcy Galnor
Florida Bar Number: 0908681
Galnor Shumard, P.A.
121 West Forsyth Street
Suite 610
Jacksonville, Florida 32202
Telephone: (904)337-0900
darcy@galnorshumard.com