# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO: 3:18-cr-00089-MMH-JRK

**KATRINA BROWN,**
    **Defendant**
_____/

## MOTION TO SEVER COUNTS THIRTY-FOUR THROUGH THIRTY-SEVEN

The Defendant, Katrina Brown, by and through the undersigned attorney, and pursuant to Federal Rules Criminal Procedure 8(a) and 14, moves this Honorable Court to sever Counts 34 through 37 of the Indictment from the remaining counts.

On May 23, 2018, a grand jury returned a 38-count indictment charging Katrina Brown and Reginald Brown as follows:

1. Count One charges both with Conspiracy to Commit Mail and Wire Fraud.

2. Counts Two through 14 charge both with Mail Fraud.

3. Counts 15 through 27 charge both with Wire Fraud.

4. Counts 28 through 33 charge both with Money Laundering.

5. Counts 34 and 35 charge Katrina Brown with Attempted Bank Fraud.

6. Counts 36 and 37 charge Katrina Brown with False Statement to a Federally Insured Institution.

7. Count 38 charges Reginald Brown with Failure to File Form 1040 Return.

**MEMORANDUM OF LAW**

The government's joinder of unrelated charges against Katrina Brown mandates severance of counts under Fed. R. Crim. P. 8(a) and 14. Counts 34 through 37 of the Indictment must be severed from the remaining counts.

Rule 8(a) permits joinder of offenses in a single indictment only if the offenses (i) are of the same or similar character; (ii) are based on the same act or transaction; or (iii) are based on two or more acts or transactions connected together or constituting parts of a common scheme or plan. *See* Fed. R. Crim. P. 8(a).

Counts One through 33 allege that between in or about late 2013 and in or about early 2015, Katrina Brown and Reginald Brown committed the crimes of Conspiracy to Commit Mail and Wire Fraud and substantive Mail fraud and Wire fraud.

Counts 34 and 35 charge Attempted Bank Fraud occurring on November 13, 2015 and November 8, 2016, respectively. Counts 36 and 37 charge False Statement to a Federally Insured Institution occurring on November 13, 2015 and November 8, 2016, respectively.

Counts 34 through 37 charge an entirely different type of offense, occurring over a different time period, and having no evidence in common with the offenses charged in Counts One through 33.

Counts 34 through 37 are improperly joined with the remaining counts under Fed. R. Crim. P. 8(a) because they are not based "on the same act or transaction." The government alleges that the crimes charged in Counts 34 through 37 occurred nearly a year after the conspiracy ended.

Even if the Court finds joinder of Counts 34 through 37 with the remaining counts does not run afoul of Rule 8(a), the Court should order severance of the requested counts because Katrina Brown's defense will be prejudiced by the joinder. *See* Fed. R. Crim. P. 14. First, Katrina

Brown may present separate defense on various charges, and a joint trial could "embarrass[ ] or confound[ ]" her in the presentation of those defenses. *United States v. Pierce*, 733 F.2d 1474, 1477 (11th Cir. 1984)(quoting *Drew v. United States*, 331 F. 2d 85, 88 (D.D.C. 1964). Second, a joint trial would create the danger that the jury would use evidence admissible as to one count "to infer a criminal disposition" on the part of Katrina Brown as to the other counts. *Id.* For each of these reasons, severance of Counts 34 through 37 from the remaining counts for trial is required under Federal Rule of Criminal Procedure 14.

**WHEREFORE**, Katrina Brown, respectfully requests that this Honorable Court sever Counts 34 through 37.

DATED: October 19, 2018.

Respectfully submitted,

**GALNOR SHUMARD, P.A.**

/s/ *Darcy Galnor*
Darcy Galnor
Florida Bar Number: 0908681
Galnor Shumard, P.A.
121 West Forsyth Street
Suite 610
Jacksonville, Florida 32202
Telephone: (904)337-0900
darcy@galnorshumard.com

**CERTIFICATE OF SERVICE**

I Hereby Certify that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to: Assistant United States Attorney, Tysen Duva, on this 19th day of October 2018.

*/s/ Darcy Galnor*
Darcy Galnor
Florida Bar Number: 0908681
Galnor Shumard, P.A.
121 West Forsyth Street
Suite 610
Jacksonville, Florida 32202
Telephone: (904)337-0900
darcy@galnorshumard.com