UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:18-cr-89-J-34JRK

KATRINA BROWN
REGINALD BROWN

# ORDER

**THIS CAUSE** is before the Court sua sponte. On the afternoon of October 19, 2018, one of the Defendants in this case presented a document to the Clerk of the Court for filing. The Court notes that both Defendants are represented by counsel in this matter. Where an individual is represented by counsel, requests, filings, or applications for relief directed to the Court should originate from counsel. In this regard, Local Rule 2.03(d), United States District Court, Middle District of Florida (Local Rule(s)), provides, in part, that [a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person...." Thus, any documents submitted to the Court for filing by the represented parties rather than counsel of record is due to be stricken from the record.

Accordingly, it is hereby

**ORDERED:**

The document tendered by the Defendant will not be entered on the Court docket, but rather the Clerk of the Court is directed to file the document under seal in order to maintain a complete record.

**DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of October, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record