**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No.   3:18-cr-89-J-34JRK

KATRINA BROWN
REGINALD BROWN

_____

# ORDER

**THIS CAUSE** is before the Court on Defendant Katrina Brown's Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) (Dkt. No. 63; Motion) filed on October 19, 2018.  In the Motion, Defendant Katrina Brown requests that the Court enter an order directing the United States to provide advance notice of any 404(b) evidence it intends to introduce at trial.  See Motion at 1.  The United States opposes the relief requested in the Motion.  See United States' Memorandum Opposing Defendant Katrina Brown's Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) (Dkt. No. 74; Response).  Upon review of the Motion and Response, it is hereby

**ORDERED:**

1. Defendant Katrina Brown's Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) (Dkt. No. 63) is **GRANTED** to the extent that the United States must file any 404(b) notices with respect to both Defendants by **December 14, 2018**.  Any motions in limine, including any

addressing a matter disclosed in the 404(b) notice, must be filed by **January 7, 2019**.

2. Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of November, 2018.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record