**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                          Case No. 3:18-cr-89-J-34JRK

**KATRINA BROWN**

_____

**O R D E R**

This cause is before the Court on Defendant Katrina Brown's Motion to Compel Brady Materials and Evidence (Doc. No. 61; "Motion"), filed October 19, 2018. The Government opposes the Motion. See United States' Memorandum Opposing Defendant Katrina Brown's Motion to Compel Brady Materials and Evidence (Doc. No. 75; "Response"), filed November 2, 2018. Having reviewed the Motion, Response, and applicable law, it is

**ORDERED:**

1. Defendant Katrina Brown's Motion to Compel Brady Materials and Evidence (Doc. No. 61) is **GRANTED in part and DENIED in part,** as follows:

    A. The requests in paragraphs 1, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, and 19 are **GRANTED** to the extent required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (including Kyles v. Whitley, 514 U.S. 419 (1995) and Giglio v. United States, 405 U.S. 150 (1972)), as well as Judge Howard's Standing Order Pertaining to Discovery, Motions, Hearings, Conferences and Trial (Doc. No. 45; "Standing Order"), and are otherwise **DENIED**.

    B. The requests in paragraphs 2, 4, and 5 are **GRANTED** to the extent required by Brady and its progeny (including Kyles and Giglio), the

        Standing Order, and to the extent such information can be used to impeach a witness under Rules 608(b) and 609, Federal Rules of Evidence, and are otherwise **DENIED**.

    C.    The requests in paragraphs 16, 17, and 20 are **GRANTED** to the extent required by Brady and its progeny (including Kyles and Giglio), the Jencks Act, 18 U.S.C. § 3500, and the Standing Order, and are otherwise **DENIED**.

    2.    The Standing Order requires that "[n]ot later than five (5) working days before trial, the Government shall reveal to the defendant(s) all information and material known to the Government which may be favorable to the defendant(s) on the issue of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963)." Standing Order at 4, Section II. E.  This deadline shall apply to all material and information the Government is required to provide pursuant to this Order.  The Government shall be mindful, however, that Brady material must be produced in sufficient time for Defendant to make effective use of it at trial. United States v. Bueno-Sierra, 99 F.3d 375, 379 (11th Cir. 1996).

    **DONE AND ORDERED** at Jacksonville, Florida, on December 3, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Assistant U.S. Attorneys (Duva/Coolican)
Darcy D. Galnor, Esquire