**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                  CASE NO.: 3:18-cr-00089-MMH-JRK

**KATRINA BROWN,**
    **Defendant**
_____/

**MOTION TO WITHDRAW**

    Darcy Galnor, attorney for Defendant Katrina Brown, pursuant to Local Rule 2.03(b), respectfully moves this Honorable Court to grant leave for withdrawal from this case for the following reasons:

1. The undersigned was appointed to represent Katrina Brown on June 21, 2018.

2. The case is currently scheduled for the February 4, 2019, trial term.

3. Because of compelling circumstances as described in Local Rule 2.03(c) and the development of irreconcilable differences between the undersigned and Ms. Brown, effective representation by the undersigned cannot be accomplished.

4. Pursuant to Local Rule 2.03(b), the undersigned has conferred with Ms. Brown about this motion. Ms. Brown will inform the Court of her position on this motion during the hearing.

5. As an officer of this Court, the undersigned represents that this motion is made in good faith and not for the purposes of unduly delaying proceedings herein.

6. Notwithstanding the 10-day notice provision of Rule 2.03(b), the undersigned feels compelled to bring this to the immediate attention of the Court. The United States and Ms. Brown have been notified.

7. Assistant United States Attorney Tysen Duva objects to this motion.

**WHEREFORE**, the Darcy Galnor, attorney for Katrina Brown, respectfully requests this Honorable Court grant this motion and permit the undersigned to withdraw as counsel.

Dated this 21st day of December, 2018.

Respectfully submitted,

**GALNOR SHUMARD, P.A.**

*/s/ Darcy Galnor*
Darcy Galnor
Florida Bar Number: 0908681
Galnor Shumard, P.A.
121 West Forsyth Street, Suite 610
Jacksonville, Florida 32202
Telephone: (904)337-0900
darcy@galnorshumard.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 21st, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to Assistant United States Attorney Tysen Duva. Additionally, on December 21st, 2018, a copy of this motion was emailed to Katrina Brown.

        **GALNOR SHUMARD, P.A.**

        */s/ Darcy Galnor*
        Darcy D. Galnor
        Florida Bar Number: 0908681
        Gary S. Shumard
        Florida Bar Number:  93032
        Galnor Shumard, P.A.
        121 West Forsyth Street, Suite 610
        Jacksonville, Florida 32202
        Telephone: (904)337-0900
        darcy@galnorshumard.com
        Attorneys for Defendant