# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No. 3:18-cr-89-J-34JRK

**KATRINA BROWN**                                         Defense Atty.: Richard J. Landes, Esquire
                                                                                   AUSA: Michael Coolican, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 1/15/2019<br>2:04 p.m. - 2:49 p.m.<br>in camera portions<br>2:09 p.m. - 2:37 p.m.<br>2:43 p.m. - 2:46 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan D. Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:**    MOTION HEARING RE: MOTION TO APPOINT ADDITIONAL COUNSEL (DOC. NO. 88)

Court heard from the parties.

Defendant's oral motion to file Exhibit 1 under seal is **GRANTED**.

<u>In camera ex parte</u> portions of hearing held 2:09 p.m. - 2:37 p.m. and 2:43 p.m. - 2:46 p.m.

The Motion to Appoint Additional Counsel (Doc. No. 88) is **GRANTED.**

The Court will appoint co-counsel to represent Defendant together with Mr. Landes in all further proceedings.

**Order to enter.**

Bond shall remain in effect.