**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          Case No. 3:18-cr-89-J-34JRK

KATRINA BROWN

_____

**O R D E R**

This cause came before the Court on January 15, 2019 for a hearing on Defendant's Motion to Appoint Additional Counsel (Doc. No. 88; "Motion"), filed January 14, 2019, in which Defendant and her counsel seek the appointment of "an additional CJA Panel lawyer" to represent Defendant. Motion at 1. In support of the request, Defendant's counsel represents, among other things, that "[t]his is a large, complex, multifaceted case alleging various schemes to defraud" and the case has "many working parts." Motion at 1. During the hearing on the Motion, the Court heard from the Government, Defendant's counsel, and Defendant.[1]

For all of the reasons stated on the record, the Court finds that this is an "extremely difficult case" in which it is "necessary and in the interest of justice" to appoint an additional attorney to represent Defendant. Guide to Judiciary Policy, Vol. 7, Part A, Ch. 2, § 230.53.20. Accordingly, it is

**ORDERED:**

1.       Defendant's Motion to Appoint Additional Counsel (Doc. No. 88) is **GRANTED**.

_____

[1]       Because the attorney-client privilege and defense strategy were implicated, and without objection, the Court heard from Defendant's counsel and Defendant in camera and ex parte.

2.     John P. Leombruno, Esquire is appointed to represent Defendant in all further proceedings as co-counsel together with Richard J. Landes, Esquire.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of January, 2019.

JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Asst. United States Attorneys (Duva/Coolican)
Richard J. Landes, Esquire
John P. Leombruno, Esquire
United States Pretrial Services
United States Marshals Service