UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**,

v.                                                    Case No. 3:18-cr-89-J-34 JRK

**KATRINA BROWN and
REGINALD BROWN**

_____

## MOTION FOR THE APPOINTMENT OF AN EXPERT IN

## THE FIELD OF FORENSIC ACCOUNTING

The Defendant, Katrina Brown, through her undersigned attorney, Richard Landes, Esq. moves this Court for an Order to have an expert in the field of forensic accounting appointed in this case.

Ms. Brown has been indicted in a 38 count, sixty page indictment charging conspiracy to commit mail and wire fraud, illegal monetary transactions, attempted bank fraud, and false statements to a federally insured institution.  This is a complex financial crimes case with three sources of proceeds flowing into and through four separate corporations. Two of these corporate entities are alleged to fraudulent and several people outside of these corporations are alleged to have received fraudulent payments based on falsely created invoices. There are allegations of a kickback scheme. There are numerous money draws from lenders and hundreds of checks and invoices to be reviewed.  In preparation of this case for prosecution, the Government employed forensic accounting of bank and other records to help them understand what occurred. (Grand

Jury testimony of FBI Agent Angela Hill).

There are also a number of financial spreadsheets and summary charts that were prepared and used as grand jury exhibits, presumably to demonstrate the alleged fraud that occurred. These exhibits will undoubtedly be used during the Government's case in chief at trial. Ms. Brown has a valid defense to these charges, which has been made known to the court previously. In order to decipher and interpret the Government's theory of this case, the financial spreadsheets created and to develop the defense theory, I ask the Court to appoint a forensic accountant that can assist me in the trial of this matter. I ask the court to assign and appoint Josh Shilts, CPA, of the firm Villela & Shilts, who has been deemed an expert in the field of forensic accounting in both State and Federal Court. His curriculum vitae is attached as an exhibit, which lays out his experience, educational background and prior trial testimony.

WHEREFORE, Defendant Katrina Brown, respectfully requests that this Court sign an order for the appointment and payment of Josh Shilts as an expert in the field of forensic accounting and to assist me in the preparation of this case for trial.

Richard Landes, Esq.

s/*Richard Landes*

Florida Bar No. 71390

736 2nd St N

Jacksonville Beach, FL 32250

904 343 - 4556

rjlandes@gmail.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing motion was electronically filed with the Clerk of the Court on January 18, 2019 by using the CM/ECF system which will send a notice of electronic filing to the US Attorney's Office for the Middle District of Florida, Jacksonville Division.

      *s/Richard Landes*

      Richard Landes, Esq.