UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.:  3:18-cr-89-MMH-JRK

KATRINA BROWN
_____/

## NOTICE OF LIMITED APPEARANCE

The undersigned counsel hereby files this Notice of Limited Appearance in these proceedings, and states:

1. The undersigned counsel represents Darcy D. Galnor, Esquire.

2. Darcy D. Galnor, Esquire served as prior counsel for the Defendant, Katrina Brown, in these proceedings.

3. Undersigned counsel is filing contemporaneously with this Notice the Former Counsel's Motion for *In Camera* Hearing Regarding Prior Representation Issues.

4. The undersigned makes this appearance for no other purpose than to pursue the foregoing motion.

Respectfully submitted this 23rd day of January, 2019.

                    Respectfully submitted,

                    BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
                        Professional Association

            By:  s/Henry M. Coxe III
                    Henry M. Coxe III
                    Florida Bar No. 0155193
                    Email:  hmc@bedellfirm.com
                    101 East Adams Street
                    Jacksonville, Florida 32202
                    Telephone: (904) 353-0211

Counsel for Darcy D. Galnor

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    AUSA Tysen Duva
    Office of the U.S. Attorney
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    jay.taylor@usdoj.gov

    Richard J. Landes
    736 2nd Street North
    Jacksonville Beach, Florida 32250
    rjlandes@gmail.com



                                                  s/Henry M. Coxe III
                                                          Attorney