UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:18-cr-89-MMH-JRK

KATRINA BROWN
_____/

**FORMER COUNSEL'S MOTION FOR *IN CAMERA*
HEARING REGARDING PRIOR REPRESENTATION ISSUES**

Darcy D. Galnor, through counsel, moves this Court to conduct an *in camera* hearing with respect to two issues arising from her prior representation of Defendant, Katrina Brown, and says:

1. Darcy D. Galnor, by virtue of appointment by this Court to represent Katrina Brown, was authorized to withdraw by Order of January 7, 2019 granting the Motion to Withdraw.

2. The foregoing Order was preceded by an *in camera* hearing conducted by this Court on January 3, 2019. This hearing addressed issues regarding the representation of Katrina Brown by Ms. Galnor.

3. Since that hearing, two issues have arisen with respect to a matter which must be dealt with exclusively by this Court.

4. On January 2, 2019, Katrina Brown filed a Complaint with The Florida Bar against Ms. Galnor.

5. Two days later, Ms. Brown distributed the Complaint against Ms. Galnor to several persons, including members of the local media.

6. The *in camera* hearing conducted by this Court occurred on the day between the date of the Complaint and the date of the dissemination of the Complaint to the public.

7. Consistent with this Court's prior determination to conduct the attorney/client issues in this matter on an *in camera* basis, there are now two issues which Ms. Galnor seeks to address *in camera*. To do so outside of an *in camera* hearing would contravene the purpose and intent of this Court's conducting the *in camera* hearing in the first place. (See PACER, Entry #87, Footnote 1.) These issues arise directly from the filing of the Bar Complaint by Ms. Brown, but which can only be resolved by the Court.

8. Undersigned counsel has consulted with Assistant United States Attorney Tysen Duva, who has authorized the undersigned to represent that the United States, recognizing that the Court has already conducted an *in camera* hearing on these issues, does not oppose a further *in camera* hearing on the matter.

9. Undersigned counsel has consulted with Richard J. Landes, current court-appointed counsel for Ms. Brown, who has represented to the undersigned that his client objects to an *in camera* hearing.

10. Counsel does not believe the hearing would take more than 20 minutes.

WHEREFORE, Ms. Galnor seeks this Court to conduct the brief *in camera* hearing.

DATED this 23rd day of January, 2019.

        Respectfully submitted,

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
           Professional Association

        By:  s/Henry M. Coxe III
            Henry M. Coxe III
            Florida Bar No. 0155193
            Email: hmc@bedellfirm.com
            101 East Adams Street
            Jacksonville, Florida 32202
            Telephone: (904) 353-0211

        Counsel for Darcy D. Galnor

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Tysen Duva
Office of the U.S. Attorney
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
jay.taylor@usdoj.gov

Richard J. Landes
736 2nd Street North
Jacksonville Beach, Florida 32250
rjlandes@gmail.com



                                                                                 s/Henry M. Coxe III
                                                                                      Attorney