**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:18-cr-89-J-34JRK

KATRINA BROWN

## O R D E R

This cause is before the Court on Former Counsel's Motion for *In Camera* Hearing Regarding Prior Representation Issues (Doc. No. 98; "Motion"), filed January 23, 2019. Having reviewed the Motion and the file, it is

**ORDERED:**

A hearing regarding the Motion (Doc. No. 98) is set before the undersigned on **WEDNESDAY, JANUARY 30, 2019, at 1:30 p.m.,** in Courtroom 5D, Fifth Floor, Bryan Simpson United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202.[1]

**Defendant's presence is required.**

**DONE AND ORDERED** at Jacksonville, Florida, on January 25, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorneys (Duva/Coolican)
Richard J. Landes, Esquire
John P. Leombruno, Esquire
Henry M. Coxe, Esquire
U.S. Marshals Service
U.S. Pretrial Services

---

[1] Photo identification is required to enter the United States Courthouse. In addition, cellular telephones and laptop computers are generally prohibited in the Courthouse. Members of the press seeking to enter the Courthouse with electronics shall review and abide by the Standing Order (Doc. No. 27), entered June 13, 2018.