**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-  Case No.  3:18-cr-89-J-34JRK

**KATRINA BROWN**  Defense Attys.: Richard J. Landes, Esquire & John P. Leombruno, Esquire
AUSAs: A. Tysen Duva, Esquire & Michael Coolican, Esquire

| JUDGE | James R. Klindt<br>U. S. Magistrate Judge | DATE AND TIME | 1/30/2019<br>1:40 p.m. - 3:23 p.m.<br>in camera portions<br>1:50 p.m. - 2:05 p.m.<br>2:40 p.m. - 3:20 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan D. Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

CLERK'S MINUTES

**PROCEEDINGS: HEARING RE: FORMER COUNSEL'S MOTION FOR IN CAMERA HEARING REGARDING PRIOR REPRESENTATION ISSUES (DOC. NO. 98)**

Counsel present for Movant:
    Henry M. Coxe, III, Esquire
    O. David Barksdale, Esquire

Court heard from the parties and counsel for Movant.

In camera ex parte portions of hearing held 1:50 p.m. - 2:05 p.m.; 2:40 p.m. - 3:20 p.m.

Movant's Exhibits 1-9 admitted under seal.

Hearing re: Former Counsel's Motion For In Camera Hearing Regarding Prior Representation Issues (Doc. No. 98) continued to **Tuesday, February 5, 2019 at 3:30 p.m. Defendant's presence is required.**

**Notice to enter.**